ACCEPTED
03-13-00025-CV
4010904
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/3/2015 9:20:17 PM
JEFFREY D. KYLE
CLERK

# The Chimene Law Firm

15203 Newfield Bridge Ln.
Sugar Land, TX 77498
michelec@airmail.net

RECEIVED
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/3/2015 9:20:17 PM
JEFFREY D. KYLE
Clerk

February 2, 2015

Hon. Jeffrey D. Kyle
Clerk
Third Court of Appeals, Austin, TX
P.O. Box. 12547
Austin, TX. 78711

      Re:  Case No. 03-13-00025-CV;  *Scarbrough et al. v. Purser, et. al.;*
On appeal to the Third Court of Appeals, Austin, TX.

Dear Sir:

Our Motion to Consider Newly-Discovered Evidence in Sanctions Testimony has been pending before the Court for approximately two months and Mr. Scarbrough is facing a disciplinary hearing on the same matter before the State Bar on February 19, 2015.  It was very scary to have my home broken into and my notes for this appeal erased; my clients have also been traumatized by their involvement with this case.  I fully understand if the Court wishes to carry this Motion along with the case, but I would appreciate your bringing the Motion to the panel's attention so that we can know that at least it will receive consideration.  I have been an appellate attorney for fully twenty-two years in Texas, and I have never had the experience I have had with this case, through no fault of my clients.

      Thank you.


      Regards,
      /s/ MB CHIMENE
      Michele Barber Chimene
      TBN 04207500
      COUNSEL FOR APPELLANTS

## CERTIFICATE OF SERVICE

A true and correct copy of this letter has been served via ECF and email on Daryl Moore, 1005 Heights Blvd, Houston, TX. 77008, daryl@heightslaw.com on Feb. 3rd, 2015, as certified by my hand below.

_____/s/ MB CHIMENE_____